**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7066

MICHAEL JERMAINE MOORE,

                    Plaintiff - Appellant,

          v.

ROBERT A. DRYDEN, P.A.,

                    Defendant – Appellee,

          and

PRINCE WILLIAM COUNTY JAIL MEDICAL DEPARTMENT; COLONEL
MEDLETUS; DOCTOR DALKENG; NURSE MOHAMED; OFFICER SIMPSON,

                    Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:12-cv-00760-CMH-TCB)

Submitted: November 20, 2014        Decided: November 21, 2014

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Jermaine Moore, Appellant Pro Se.  John J. Brandt,
Camille Elizabeth Shora, WILSON ELSER MOSKOWITZ EDELMAN & DICKER
LLP, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Jermaine Moore appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Moore v. Prince William Cnty. Med. Dep't, No. 1:12-cv-00760-CMH-TCB (E.D. Va. July 8, 2014).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED